**Order entered October 11, 2016**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-16-00534-CV

### ASSOCIATION OF TAXICAB OPERATORS, USA, ET AL., Appellants

### V.

### WALAAL CORPORATION D/B/A AMBASSADOR CAB, ET AL., Appellees

**On Appeal from the 134th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-14-03638**

## ORDER

By order dated September 9, 2016, we ordered Vielica Dobbins, Official Court Reporter for the 134th Judicial District Court, to file, within twenty days, either the reporter's record, written verification that no hearings were recorded, or written verification that appellants have not requested, paid, or made arrangements to pay for the reporter's record. As of today's date, Ms. Dobbins has not filed the reporter's record or otherwise responded.

Accordingly, we again **ORDER** Ms. Dobbins to file, by **OCTOBER 24, 2016**, either (1) the reporter's record, (2) written verification that no hearings were recorded, (3) written verification that appellants have not requested preparation of the reporter's record, or (4) written verification that appellants have not paid or made arrangements to pay for the reporter's record. We caution appellants that if we receive written verification that no hearings were recorded or no

request or payment, the Court will order the appeal submitted without the reporter's record. *See* TEX. R. APP. P. 37.3(c).

We **DIRECT** the Clerk of this Court to send a copy of this order to the Honorable Dale Tillery, Presiding Judge of the 134th Judicial District Court, Ms. Dobbins, and counsel for all parties.

/s/    ELIZABETH LANG-MIERS
        JUSTICE